**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 02-1707**

─────────────

LENORA MCNEIL,

                                        Plaintiff - Appellant,

         versus

SCOTLAND  COUNTY,  a  body  politic  and
incorporated,

                                        Defendant - Appellee.

─────────────

Appeal  from  the  United  States  District  Court  for  the  Middle
District of North Carolina, at Durham.  Frank W. Bullock, Jr.,
District Judge.  (CA-01-388-1)

─────────────

Submitted:  November 22, 2002      Decided:  December 18, 2002

─────────────

Before NIEMEYER, LUTTIG, and KING, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

James H. Locus, Jr., Fayetteville, North Carolina, for Appellant.
Cecil W. Harrison, Jr., David L. Woodard, POYNER & SPRUILL, L.L.P.,
Raleigh, North Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Lenora McNeil appeals the district court's order granting summary judgment in her former employer's favor on her claims of employment discrimination. We have reviewed the parties' briefs,[*] the joint appendix, and the district court's opinion and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See McNeil v. Scotland County, 213 F. Supp. 2d 559 (M.D.N.C. 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] In her appellate and reply briefs, McNeil raises claims of a hostile work environment and "continuing violations" of discrimination. This Court generally does not address claims raised for the first time on appeal. First Va. Banks, Inc. v. BP Exploration & Oil Inc., 206 F.3d 404, 407 n.1 (4th Cir. 2000) (declining to consider issues raised for first time on appeal). We also find that McNeil has abandoned her wrongful discharge claim under the North Carolina Equal Employment Practices Act by failing to raise it in her brief. Edwards v. City of Goldsboro, 178 F.3d 231, 241 n.6 (4th Cir. 1999) (noting that issues not briefed or argued are deemed abandoned).